**PERSONAL**
**CONFIDENTIAL**

25cv6036 EAW
JUDGE'S COPY

*FILED JAN 15 2025 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.    Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

The Family of Stauffer Trust

-vs-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. County of Monroe
2. County of Wayne
3. The State of New York
4. Lori-Ann : Fordham-Speranza
5. Tom : Speranza
6. 

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A.    Basis of Jurisdiction in Federal Court: **diversity jurisdiction**

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B.    Reason for Venue in the Western District: **Deprivation of Civil Rights 18 U.S.C. 241, 242**

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C.    Nature of Suit: **Civil Rights Claim of Personal Property**

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: The Family of Stauffer Trust
Present Address: c/o 1335 Jefferson Road #22667
Rochester, New York [14692]

Name of Second Plaintiff: _____
Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: County of Monroe
Official Position of Defendant (if relevant): Public Service
Address of Defendant: Rochester NY

Name of Second Defendant: County of Wayne
Official Position of Defendant (if relevant): _____
Address of Defendant: Lyons, NY

Name of Third Defendant: The State of New York
Official Position of Defendant (if relevant): _____
Address of Defendant: Albany, New York

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes [X]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
Plaintiff(s): The State of New York / County of Monroe
County of Wayne

2

Defendant(s): **The Family of Stauffer Trust**

2. Court (if federal court, name the district; if state court, name the county): **Monroe County Court, Wayne County Court, The State of New York**
3. Docket or Index Number: **CR-23197298-MSO, V-09816117-24**
4. Name of Judge to whom case was assigned: **James Mulley, ?**
5. The approximate date the action was filed: **November 11 2023**
6. What was the disposition of the case?

    Is it still pending? Yes ☐ No ☐

    If not, give the approximate date it was resolved. _____

    Disposition (check those statements which apply):

    ☑ Dismissed (check the statement which indicates why it was dismissed):

    ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ☐ By court due to your voluntary withdrawal of claim;

    ☑ Judgment upon motion or after trial entered for

    ☐ plaintiff
    ☑ defendant.

    **Certificate of Disposition NYS Penal Law 160.50**

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) **11-10-2023**

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) **The County of Monroe violated 18 U.S.C 241, 242 by Breaching Trust and Depriving the Rights of The Family of Stauffer, Trustee.**

3

did the following to me (*briefly state what each defendant named above did*): Caused damage to the Property of The Family of Stauffer Trust.

The federal basis for this claim is: 18 U.S.C. 241, 18 U.S.C. 242 Depravation of Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Prayer for Injunction
Prayer for Relief

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*)
Tom + Lori-Ann: Fordham Speranza took the beneficiaries Ozyia-Marie and Amiah-Ann without permission

did the following to me (*briefly state what each defendant named above did*): Filed False claims against the beneficiary Adam-Eli::Stauffer.

* see Attached case for evidence

The federal basis for this claim is: 18 U.S.C 241, 18 U.S.C. 242

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Prayer for Injunction
Prayer for Relief
Return the children back to their Father

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

**PERSONAL CONFIDENTIAL**

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

We would Pray that the court uphold it Constitutional Public Oath and defend the unalienable Rights of The Family of Stauffer Trust and it Beneficiarres.

Do you want a **jury trial**?  Yes [ ]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___1/13/2025___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

without prejudice 1-308, All Rights Reserved

Adam-Eli: Stauffer, TTEE

Signature(s) of Plaintiff(s)



