Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Amendment
25cv 6036 EAW

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

FILED JAN 21 2025

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Adam-Eli: Stauffer

-vs-

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. County of Monroe et al
2. County of Wayne et al
3. The State of New York
4. Lori-Ann: Fordham-Speranza
5. Tom: Speranza
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Diversity Jurisdiction

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: 18 U.S.C. 241, 242 Deprivation of Rights

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Civil Rights Violation of Personal Property

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Adam-Eli: Stauffer

Present Address: c/o 1335 Jefferson Road #22667 Rochester, NY [14692]

Name of Second Plaintiff: ___

Present Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: County of Monroe et al

Official Position of Defendant (if relevant): Public Service

Address of Defendant: Rochester, NY

Name of Second Defendant: County of Wayne et al

Official Position of Defendant (if relevant): Public Service

Address of Defendant: Lyons, NY

Name of Third Defendant: The State of New York et al

Official Position of Defendant (if relevant): ___

Address of Defendant: Albany, NY

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes [X]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): The State of New York / County of Monroe / County of Wayne



2

Defendant(s): _Adam-Eli : Staudter_

2. Court (if federal court, name the district; if state court, name the county): _Monroe County Court, Wayne County Court, The State of New York_
3. Docket or Index Number: _CR-23197298-MSO, V-09816117+24_
4. Name of Judge to whom case was assigned: _James Mulley, ?_
5. The approximate date the action was filed: _November 11th 2023_
6. What was the disposition of the case?
   Is it still pending? Yes [ ]  No [ ]
   If not, give the approximate date it was resolved. _____
   Disposition (check those statements which apply):
   [✓] Dismissed (check the statement which indicates why it was dismissed):
      [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
      [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
      [ ] By court due to your voluntary withdrawal of claim;
   [✓] **Judgment** upon motion or after trial entered for
      [ ] plaintiff
      [✓] defendant.   _Certificat of Disposition NYS Penal Law 160.50_

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On *(date of the incident)* _11-10-2023_,
defendant *(give the **name and (if relevant) the position held** of **each defendant** involved in this incident)* _The County of Monroe violated 18 USC 241, 242 by breaching the trust and depriving the rights of the plaintiff._

3

did the following to me (*briefly state what each defendant named above did*): see **Attached claim**

The federal basis for this claim is: 18 USC 241, 242

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Prayer for Injunction
Prayer for Relief

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Tom Speranza and Lori-Ann: Fordham-Speranza took the children Oryia-Marie Stauffer and Amiah-Ann: Stauffer without consent.
did the following to me (*briefly state what each defendant named above did*): Filed False claims against Adam-Eli: Stauffer (Plaintiff)

The federal basis for this claim is: 18 USC 241, 18 USC 242

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Prayer for Injunction
Prayer for relief

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

We pray that the members of the court uphold the consitutional Public Oath and defend the unalienable rights of the Plaitiff.

Do you want a **jury trial?** Yes ☐ No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  1/21/2025
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

without Recourse, without prejudice 1-308, All Right Reserved

Adam-Eli: Stauffer

Signature(s) of Plaintiff(s)




5