*Amendment*

# UNITED STATES DISTRICT COURT

for the

### Western District of New York

Adam-Eli: Stauffer
c/o 1335 Jefferson Rd # 22647
Rochester, New York [14692]

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The County of Monroe, New York
The County of Wayone, New York
The State of New York

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    25 CV 6037 EAW

*(to be filled in by the Clerk's Office)*

**JURY TRIAL**: Yes___ No___



UNITED STATES DISTRICT COURT
FILED
JAN 21 2025
MARY G. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    c/o Adam-Eli : Stauffer

All other names by which
you have been known:

ID Number

Current Institution

Address    c/o 1335 Jefferson Rd # 22667

Rochester     WY     [14692]
<br>City     State     Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Andrew : Reale , D.B.A. ANDREW REALE

Job or Title (if known)    Deputy of the Monroe County Sheriff Dept.

Shield Number    MSO 3251

Employer    The monroe   130 Plymouth AVENue South
County
Sheriff

Address    The State   Rochester    NY    14614
of New        City     State     Zip Code
york

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name    Kenneth Weber, D.B.A. KENNETH WEBER

Job or Title (if known)    EMPLOYEE OF MONROE COUNTY SHERIFF

Shield Number    unknown

Employer    MONROE County SHERIFF / The State of New York

Address    130 Plymouth AVENue South

Rochester    NY    14614
<br>City     State     Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

Name OFFICER SAIVA

Job or Title *(if known)* Deputy of The Monroe County Sheriffs Dept.

Shield Number MSO 3251

Employer County of Monroe / The State of New York

Address 130 Plymouth Ave

Rochester _____ NY _____ 14614
City _____ State _____ Zip Code

[ ] Individual capacity [✓] Official capacity

Defendant No. 4

Name Lori-Ann: Fordham - Speranza

Job or Title *(if known)* Public Notary

Shield Number

Employer The State of New York

Address 1521 Rockefeller Rd

Phelps _____ NY _____ 14532
City _____ State _____ Zip Code

[ ] Individual capacity [✓] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

**B.**  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 USC 241, 242    SEE ATTACHED   CASE FILE

**C.**  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

18 USC 241, 242    SEE ATTACHED   CASE FILE

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendents are in violation of Breach of Trust along with 18 USC 241, 242 Deprevation of Rights that cause Harm.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)*     I Am

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

800 Panorama Trail, Penfield NY

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Vision Buick GMC, Rochester NY



C. What date and approximate time did the events giving rise to your claim(s) occur?

_November 10th, Year of the Lord 2023 @ 10:28 am_

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

_I was Falsly Arrested, siezed, detained, kidnapped, enslaved by the monroe county Sheriffs Department. see attached Notice._

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_Explained: in the Final Notice and Estopple also stated in original claim filed on record with Monroe County New York._

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_We pray for an Injunction and Relief of the Full Faith and Credit of the United States. Along with a the detailed discription given with our Bill of Peace._

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes          *given  in  case file*

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes          *given  in  case file*

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes          *given  in  case file*

☐ No

☐ Do not know

If yes, which claim(s)?

_____





**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

~~with Clerk of Court~~

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

with Clerk of Court

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

   _Penfield Town Court, Monroe County Law Dept._

2. What did you claim in your grievance?

   _18 USC 241, 242_
   _Breach of Trust_

3. What was the result, if any?

   _Company filed Claim, with Insurance Company against our will._

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   _Multiple Correspondant letters / Affidavits of Fact_

**F.** If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

        N/A

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        N/A

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.





**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ Lori - Ann : Fordham - Speranza _____

   Defendant(s) _____ Adam - Eli : Stauffer _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ Monroe County Court _____

3. Docket or index number

   _____ V- 09816 117 - 24 _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   My Kids were taken from me without consent.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/21/2025    *without recourse*
*without Prejudice 1-308*
*All Rights Reserved*

Signature of Plaintiff

Printed Name of Plaintiff     *Adam-Eli: - family of Stauffer*

Prison Identification #

Prison Address

City     State

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City     State     Zip Code

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset







OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### Rochester Division

*Case No. 25cv6037*

**Adam-Eli: Stauffer**
Plaintiff,

v.

**The County of Monroe et al**
Defendants.

---

### NOTICE OF CLAIM, MOTION FOR SUMMARY JUDGMENT, TEMPORARY RESTRAINING ORDER, INJUNCTION, AND PRAYER FOR RELIEF WITH FULL DISCLOSURE UNDER THE COLOR OF LAW

---

## I. PRELIMINARY STATEMENT

This case arises as a testament to faith, justice, and the unwavering belief in the inherent rights granted by our Creator and protected under the Constitution of the United States. This honorable Court is called upon to affirm these rights through its authority under the Full Faith and Credit Clause of the U.S. Constitution (Article IV, Section 1) and to safeguard justice against violations of the law perpetrated under the color of law as defined in 18 U.S.C. §§ 241 and 242.

Plaintiff, Adam-Eli: Stauffer, seeks justice and restoration of his rights following a false arrest and deprivation of parental rights, and demands transparency, accountability, and full disclosure of all actions taken by the Defendants in this case.

This action invokes the Court's duty to ensure adherence to the principles of liberty, equality, and fairness, which are the foundation of the United States and its laws.

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to:

28 U.S.C. § 1331 (federal question jurisdiction);

28 U.S.C. § 1343 (civil rights jurisdiction);



*18 U.S.C. § 241 (conspiracy to violate constitutional rights);*

*18 U.S.C. § 242 (deprivation of rights under color of law).*

Venue is proper under *28 U.S.C. § 1391(b)* as the events giving rise to this claim occurred within the Western District of New York.

The Court is further called to exercise its authority under the Full Faith and Credit Clause to ensure recognition of lawful documents, including the Certificate of Disposition under *N.Y. CPL § 160.50* and other legal notices provided by the Plaintiff.

## III. PARTIES

Plaintiff: Adam-Eli: Stauffer, a resident of Rochester, New York, is a devoted father, Minister of the Hip Hop Church of Christ, and founder of e2 Studios (www.e2studios.art). His work includes partnering with John Monroe High School to mentor and inspire students, fostering a community rooted in love and faith.

Defendants: The County of Monroe and its agents, including law enforcement officials acting under the authority of Monroe County, are named in their official and individual capacities for their roles in the acts complained of herein.

## IV. FACTUAL BACKGROUND

A. Violation of Plaintiff's Rights Under the Color of Law

On November 10th 2023, Plaintiff was falsely arrested by Monroe County law enforcement officials without probable cause or lawful justification. This arrest was conducted under the color of law in violation of Plaintiff's constitutional rights.

The Certificate of Disposition issued under *N.Y. CPL § 160.50* conclusively demonstrates that the charges against Plaintiff were baseless, further affirming the unlawful nature of the arrest.

B. Deprivation of Parental Rights and Family Integrity

Plaintiff's false arrest resulted in an unjust deprivation of his natural and constitutional rights as a parent. These actions disrupted his sacred relationship with his children, violating his rights under the Fourteenth Amendment and his God-given familial bonds.

Defendants acted willfully and with reckless disregard for Plaintiff's rights, failing to provide full disclosure of their actions or any legitimate justification for their interference.

C. Supporting Evidence and Full Faith and Credit





Plaintiff submits the following evidence to support his claims and seeks recognition of these documents under the Full Faith and Credit Clause:

Apostilled live birth certificates of Plaintiff's children, verifying his parental rights.

Certified mail receipts *(PS 3811 green cards)* and stamped notices confirming legal communications sent to Defendants.

Body camera footage provided by the Monroe County District Attorney's Office, documenting the conduct of law enforcement during the arrest.

A letter from Safety National Insurance Company (Claim Number GL1011355179), dated July 9, 2024, acknowledging liability after receiving Plaintiff's final notice of default and estoppel.

These materials demonstrate the unjustifiable actions of the Defendants and underscore the necessity for accountability, transparency, and restitution.

## V. CLAIMS FOR RELIEF

*COUNT I: VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983*

Defendants acted under color of law to deprive Plaintiff of his Fourth Amendment rights against unlawful seizure and his Fourteenth Amendment rights to due process and equal protection.

Their actions caused significant harm to Plaintiff, undermining his dignity and faith in the rule of law.

*COUNT II: FALSE ARREST*

Plaintiff was arrested and detained without probable cause, constituting a violation of federal law and his fundamental right to liberty.

The arrest was executed under the color of law and in contravention of established legal protections.

*COUNT III: CONSPIRACY TO VIOLATE RIGHTS UNDER 18 U.S.C. § 241*

Defendants conspired to deprive Plaintiff of his constitutional rights, including his parental rights and personal liberty.

This conspiracy reflects a willful disregard for the principles of fairness and justice.

*COUNT IV: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW UNDER 18 U.S.C. § 242*

Defendants, acting under color of law, knowingly and maliciously deprived Plaintiff of his rights, causing irreparable harm to his family and reputation.

VI. PRAYER FOR RELIEF



With faith, hope, and love, Plaintiff respectfully requests this honorable Court to grant the following relief:

A declaration that Defendants' actions violated Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments.

An injunction requiring Defendants to restore Plaintiff's parental rights and refrain from further interference in his family life.

Recognition of the submitted evidence under the Full Faith and Credit Clause, including the Certificate of Disposition, live birth certificates, and legal communications.

Compensatory damages for emotional distress, reputational harm, and economic losses sustained by Plaintiff.

Punitive damages to deter future violations of constitutional rights and to reaffirm the values of love, accountability, and justice.

Any additional relief that this Court deems just and proper in the spirit of fairness and equity.

Respectfully Submitted,

Adam-Eli: Stauffer

c/o 1335 Jefferson Road #22667

Rochester, NY [14692]

Phone: 585-478-4521







# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Adam - Eli : Stauffer

## DEFENDANTS

County of Monroe et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 340 Marine / Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / Liability | | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 371 Truth in Lending | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 360 Other Personal / ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| | Injury / Property Damage | Relations | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice / Product Liability | ☐ 751 Family and Medical Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment / **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other / ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - | | | |
| | / Conditions of | | | |
| | / Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☒ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 241, 242 Deprivation of Rights

Brief description of cause:
False Arrest / Breach of Trust / Violation of Civil Rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

5 c

USA