# COOK, KURTZ & MURPHY, P.C.

ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702
FAX: (845) 331-1003
e-mail: law@cookfirm.com
www.cookfirm.com

ERIC M. KURTZ
THOMAS A. MURPHY
MICHAEL T. COOK
_____

JOHN C. BURNS

ANDREW J. COOK, SR. (1884-1958)
ANDREW J. COOK, JR. (1918-1997)
FRANCIS X. TUCKER (1923-1987)
_____

ROBERT D. COOK (Retired)

June 18, 2025

**VIA EMAIL**
Honorable Elizabeth A. Wolford
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York, 14614

Re:    **Stauffer v. County of Monroe et al.**
       **6 :25-cv-06036**

Dear Chief Judge Wolford:

My office has been retained to represent "Ulster County New York Executive Jen Metzger" in the above matter. Despite the fact that neither Mrs. Metzger nor the County of Ulster were named as defendants in the complaint, Mrs. Metzger was named as a Respondent on the "Certificate of Sacred Service" which was served on the Ulster County Executive's Office on or about May 28, 2025.

Unfortunately, none of the attorneys in my office are admitted to practice in the Western District of New York. To that end, I have submitted all the necessary paperwork and am awaiting an admission date. Upon being admitted to the Western District, it is my intention to file a Motion to Dismiss on behalf of Mrs. Metzger. At present, I am unable to record my representation or even file this letter on Court's website. As such, I am respectfully requesting that this correspondence be uploaded to the Court's docket, so as to avoid any appearance of ex parte correspondence. In light of the foregoing, I am also requesting an extension of time to file Answering papers. I apologize for any inconvenience that these requests may have caused.

Thank you for your time and attention to this matter.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

JOHN C. BURNS